# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: Dial Complete Marketing and Sales Litigation (MDL No. 2263) | ) ) ) ) MDL Docket No. 11-md-2263-SM ) ALL CASES ) ) ) |

## NOTICE OF CONVENTIONAL FILING

Please take notice that the Plaintiffs have conventionally filed the following exhibit:

1. Exhibit B to Plaintiffs' Memorandum of Law in Support of Amended Motion for Class Certification.

This Exhibit has not been filed electronically because Plaintiffs are requesting that it be sealed for the reason given in Plaintiffs' Assented-To Motion to Seal, filed today.

Respectfully submitted,

Dated: June 24, 2016

By: /s/ Lucy J. Karl
Lucy J. Karl
NH Bar #5547
Shaheen & Gordon, P.A.
107 Storrs Street, PO Box 2703
Concord, NH 03302-2703
Telephone: (603) 225-7262
Facsimile: (603) 225-5112
lkarl@shaheengordon.com

*Plaintiffs' Interim Lead Counsel*

*Plaintiffs' Executive Subcommittee*

Richard J. Arsenault
**NEBLETT, BEARD & ARSENAULT**
2220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71309
Telephone: (800) 256-1050
Facsimile: (318) 561-2592
rarsenault@nbalawfirm.com

John R. Climaco
**CLIMACO, WILCOX, PECA,
TARANTINO & GAROFOLI CO., L.P.A.**
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
jrclim@climacolaw.com

Eric D. Holland
**HOLLAND GROVES SCHNELLER
& STOLZE, LLC**
300 North Tucker Boulevard, Suite 801
St. Louis, Missouri 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
eholland@allfela.com

Adam J. Levitt
**Grant & Eisenhofer, P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
levitt@gelaw.com

Charles E. Schaffer
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

*Plaintiffs' Steering Committee*

Daniel E. Becnel, Jr.
**BECNEL LAW FIRM, LLC**
P.O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
dbecnel@becnellaw.com

Christopher M. Ellis
**BOLEN ROBINSON & ELLIS, LLP**
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: (217) 429-4296
Facsimile: (217) 329-0034
cellis@brelaw.com

David C. Rash
**DAVID C. RASH, P.A.**
1655 North Commerce Parkway, Ste 303
Weston, Florida 33326
Telephone: (954) 515-0072
Facsimile: (954) 515-0073
david@dcrashlaw.com

James C. Shah
**SHEPHERD, FINKELMAN, MILLER &
SHAH, LLC**
35 East State Street
Media, Pennsylvania 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

Jordan L. Chaikin
**CHAIKIN LAW FIRM PLLC**
12800 University Drive, Suite 600
Fort Myers, Florida 33907
Telephone: (239) 470-8338
Facsimile: (239) 433-6836
jordan@chaikinlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 24, 2016, she caused this exhibit to be conventionally filed with the Clerk of Court. The undersigned further certifies that she has caused this document to be served on counsel for Defendants via electronic means as agreed to by counsel.

           By:    /s/ Lucy J. Karl
                  Lucy J. Karl
                  NH Bar No. 5547