# EXHIBIT 2

# If you purchased Dial Complete Liquid Hand Soap, between January 1, 2001 and [date of Preliminary Approval], you may be eligible to receive a payment from a class action Settlement.

**WHO IS AFFECTED?**
You are affected by this class action Settlement if, between: January 1, 2001 and [**date of Preliminary Approval**], you purchased in the United States the Dial Complete Liquid Hand Soap formulated with the active ingredient triclosan and/or using the Kills 99.99% of Germs* (*encountered in household settings) advertising claim (the "Dial Complete Product").

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please visit www.soapsettlement.com or contact the Settlement Notice & Claims Administrator at the telephone number or address below.

**WHAT IS THE SETTLEMENT RELIEF PROVIDED?**
To settle the case, Defendant will create a Settlement Fund in the amount of $7,400,000. If you make a valid claim in the Settlement, you will eligible to receive settlement compensation up to $0.27 per package of the Dial Complete Product purchased during the Class Period. Claims made without providing actual purchase receipts are capped at 30 packages. There is no limit on the number of packages you can claim for which you submit proof of purchase. Proof of purchase means itemized retail sales receipts showing, at a minimum, the name of the product, and the date, place, and amount of purchase. For more information about the Settlement Fund and the requirements to make a valid claim, please visit www.soapsettlement.com.

**HOW TO GET THE SETTLEMENT COMPENSATION?**
To receive settlement compensation, visit the Settlement Website at www.soapsettlement.com and download or complete a claim form. You can also obtain a claim form by contacting the Settlement Notice & Claims Administrator.

**HOW TO OPT OUT OF THE SETTLEMENT?**
Any Class Member who wishes to opt out of the Settlement must do so in writing, by mailing a request for exclusion to the Settlement Notice & Claims Administrator postmarked no later than [**insert opt-out deadline**]. Additional information on Opting Out of the Settlement is available on the Settlement Website, www.soapsettlement.com.

**OBJECTING TO THE SETTLEMENT**
Any Class Member who does not timely and properly opt out of the Settlement may object to the fairness, reasonableness or adequacy of the proposed Settlement by filing a written objection no later than [**insert objection deadline**]. For specific details on how to object, please visit www.soapsettlement.com or contact the Settlement Notice & Claims Administrator.

**COURT HEARING AND ATTORNEYS' FEES**
The Court will hold a hearing on [**date**] at [**time**] to consider whether to approve the settlement. The attorneys for the class will ask the court to award them up to $1,900,000 in fees from the Rule 23(b)(2) Component of the Settlement Fund, $1,925,000 from the Rule 23(b)(3) Component of the Settlement Fund, and approximately $650,000 in out of pocket expenses, as well as service awards in the amount of $5,000 for each of the Representative Plaintiffs, to be drawn from the Settlement Fund. If any balance remains in the settlement fund after payment of claims, costs of settlement notice and administration, and court-awarded fees, costs and incentives, the attorneys will ask the Court to give the remaining balance to various charitable organizations as further described at www.soapsettlement.com. Note that the hearing date may change without further notice to you. Consult the Settlement Website at www.soapsettlement.com for updated information on the hearing date and time.

The case is *In re: Dial Complete Marketing and Sales Litigation*, United States District Court for the District of New Hampshire, MDL Docket No. 11-md-2263-SM.

**For additional information, please visit the settlement website:** www.soapsettlement.com. You may contact the Settlement Notice & Claims Administrator by phone at 888-576-8327 or by writing to: Soap Settlement Administrator, 1650 Arch St., Ste. 2210, Philadelphia, PA 19103.