UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE DIAL COMPLETE MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) | CASE NO. 11-md-2263-SM <br><br> (MDL DOCKET NO. 2263) <br><br> (ALL CASES) |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND REPRESENTATIVE PLAINTIFFS' SERVICE AWARDS**

Pursuant to Federal Rule of Civil Procedure 23, Local Rule 23.1 and this Court's Preliminary Approval Order dated January 2, 2019 (Doc. 242) (the "Preliminary Approval Order"), Representative Plaintiffs Michelle Carter, Jonathan Cessna, Sonia Herrera, Jenny Marazzi, Kristina Pearson, Elizabeth Poynter, and Sven Vogtland, in their individual capacities and as class representatives ("Plaintiffs"), by Class Counsel, respectfully move this Court for entry of an Order awarding Attorneys' Fees and Expenses and Representative Plaintiffs' Service Awards, in the aggregate amount of $4,433,141, for the reasons set forth in the Plaintiffs' supporting Memorandum, attached hereto.

Of this aggregate amount, Class Counsel respectfully request that the Court grant their request for Representative Plaintiffs' service awards of $5,000 per class representative, for a total aggregate service award amount of $35,000.00, Class Counsel attorneys' fees in the amount of $3,825,000.00 and Class Counsels' costs and expenses in the amount of $573,114, payable from the Settlement Fund.

Dated: February 21, 2019

Respectfully submitted,

/s/ Lucy J. Karl

Lucy J. Karl
NH Bar No. 5547
**SHAHEEN & GORDON, P.A.**
107 Storrs Street
Concord, New Hampshire 03302
Telephone: (603) 225-7276
Facsimile: (603) 225-5112
lkarl@shaheengordon.com
*Lead Counsel for Settlement Class*

*Plaintiffs' Executive Subcommittee*

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71309
Telephone: (216) 621-8484
Facsimile: (216)771-1632
rarsenault@nbalawfirm.com

John R. Climaco
CLIMACO, WILCOX, PECA,
& GAROFOLI CO., L.P.A.
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
jrclim@climacolaw.com

Eric D. Holland
HOLLAND LAW FIRM
St. Louis, Missouri 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
eholland@allfela.com

Adam J. Levitt
DiCELLO LEVITT & CASEY LLC
10 North Dearborn Street, 11th Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dlcfirm.com

Charles E. Schaffer
LEVIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

*Plaintiffs' Steering Committee*

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
dbecnel@becnellaw.com

Christopher M. Ellis
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: (217) 429-4296
Facsimile: (217) 329-0034
cellis@brelaw.com

Jordan L. Chaikin
CHAIKIN LAW FIRM PLLC
12800 University Drive
Suite 600
Fort Myers, Florida 33907
Telephone: (239) 470-8338
jordan@chaikinlawfirm.com

David C. Rash
LAW OFFICES OF DAVID C. CRASH
1655 North Commerce Parkway,
Suite 303
Weston, Florida 33326
Telephone: (954) 914-7116
david@drcrashlaw.com

James C. Shah
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
35 East State Street
Media, Pennsylvania 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

CERTIFICATE OF SERVICE

    The undersigned certifies that on February 21, 2019, she caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: February 21, 2019        By:   /s/ Lucy J. Karl
                                                  Lucy J. Karl
                                                  NH Bar #5547