UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In Re: Dial Complete Marketing       MDL No.  11-md-2263-SM
and Sales Practices Litigation                All Cases

JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order dated March 26, 2013, by District Judge Steven J. McAuliffe;

2. Order dated May 31, 2019, by District Judge Steven J. McAuliffe, granting Joint Assented to Motion for Approval of Class Action Settlement; and

3. Order dated May 31, 2019, by District Judge Steven J. McAuliffe, granting Motion for Attorney Fees.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: June 4, 2019

cc:   All Counsel of Record